# In the United States Court of Federal Claims

No. 05-1301 C

(Filed: May 20, 2008)

| | |
|---|---|
| ********************************** | |
| **DESOTO ASSOCIATES III** | * |
| **LIMITED PARTNERSHIP**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On September 28, 2007, the parties filed a joint status report stating that the implementation phase of the settlement process in this case was scheduled to be completed by the first quarter of 2008. Joint Status Report (Sept. 28, 2007). Because the parties have not updated the Court on the settlement process's status since then, the Court ORDERS the parties to file another joint status report specifically indicating when they expect to complete the process. The parties should also inform the Court if they have decided not to settle this case after all. The parties should file the joint status report on or before **Monday, June 16, 2008.**

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge